UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                               Case No. 2:10-cr-32

v.

                               HON. ROBERT HOLMES BELL

ASHLEY ROSE WALKER,

       Defendant.

_____/

# O R D E R

In accordance with the opinion entered this day,

**IT IS HEREBY ORDERED** that Defendant's objections (Dkt. No. 26) are

**OVERRULED**.

**IT IS FURTHER ORDERED** that the Magistrate Judge's January 7, 2011, R&R

(Dkt. No. 25) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence (Dkt.

No. 13) is **DENIED**.

Dated: <u>February 11, 2011</u>           <u>/s/ Robert Holmes Bell</u>
                                     ROBERT HOLMES BELL
                                     UNITED STATES DISTRICT JUDGE